United States District Court
Southern District of Texas

**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAFAEL M.O., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-500 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Rafael M.O. is currently detained by United States immigration authorities at the Port Isabel Service Processing Center in Cameron County, Texas. Petitioner filed a petition for writ of habeas corpus, seeking his release from custody. (Pet., Doc. 1)

In June 2026, based on the record and the applicable law, a Magistrate Judge issued a Report and Recommendation recommending that the Court deny the Petition. (R&R, Doc. 9) No party objected to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 9). It is:

**ORDERED** that Petitioner Rafael M.O.'s Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**; and

**ORDERED** that Respondents' Motion to Dismiss (Doc. 8) is **DENIED** as moot.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 13, 2026.

Fernando Rodriguez, Jr.
United States District Judge